UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. _____

PHILIP HOUSER,

    Plaintiff,

vs.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES
a Foreign Profit Corporation,

    Defendant.

_____/

## COMPLAINT

**COMES NOW** the Plaintiff, PHILIP HOUSER, by and through the undersigned counsel, and hereby allege the following on information and belief:

### JURISDICTION AND IDENTIFICATION OF PARTIES

1. At all times material hereto, the Plaintiff, PHILIP HOUSER was a citizen of the United States and is a resident of Ross County, Ohio and files this Complaint for Damages in an amount in excess of $75,000, exclusive of any fees and court costs. This Honorable Court possesses jurisdiction over the instant matter pursuant to the issued ticket by Defendant containing a venue clause which requires that all disputes and matters arising out of an in connection with cruise and travel associated with the ticket be litigated in the United States District Court for the Southern District of Florida, in Miami and there is complete diversity between the parties, 28 United States District Court, Section 1332.

2. At all times material hereto, the Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES (hereinafter referred to as CARNIVAL), was and is a business entity engaged in the shipping and passenger cruise business.

3. At all times material hereto, the Defendant, CARNIVAL, was and is a corporation engaged in the shipping and passenger cruise business operated by and/or for the financial interests and/or benefits of the United States citizens. CARNIVAL maintains a fleet of cruise ships that provide travel and related activities in international waters and at seaports in the United States of America and around the world. CARNIVAL provides its passengers with travel packages, which include but are not limited to room and board, entertainment, and cruise-sponsored shore excursions at selected ports of call.

4. At all times material hereto, the Defendant, CARNIVAL, owned, operated, and managed the vessel *Carnival Pride*, and controlled all passenger's food and beverage service aboard such vessel.

## FACTS GIVING RISE TO CAUSES OF ACTION

5. At all times material hereto, the Plaintiff, PHILIP HOUSER, purchased a CARNIVAL ticket for a vacation on CARNIVAL'S cruise ship, *Carnival Pride*.

6. At all times material hereto, PHILIP HOUSER was lawfully and legally aboard the *Carnival Dream* as an invitee and paying passenger with the actual and/or constructive consent of CARNIVAL to be physically present aboard such vessel.

7. At all times material hereto, Plaintiff, PHILIP HOUSER, did consume all meals and beverages while aboard the vessel *Carnival Pride* through said voyage October 30, 2019 through October 27, 2019. Immediately upon conclusion of said cruise and voyage Plaintiff, PHILIP HOUSER, became seriously ill and sustained food poisoning and food-borne

contamination. Plaintiff was taken immediately from the vessel to Johns Hopkins Bayview Medical Center for emergent care and treatment.

8. At all times, Plaintiff, PHILIP HOUSER, consumed no other food/beverages other than that which was provided to him by Defendant, CARNIVAL, through the pendency of the subject cruise October 30, 2019 through October 27, 2019.

9. Due to Defendant, CARNIVAL's negligence and failure to use proper and reasonable care in maintaining and preparing all food and beverages during the subject cruise, Plaintiff PHILIP HOUSER, became severely ill and has been permanently damaged as will be described more completely herein below.

## COUNT I
## NEGLIGENCE TO CARNIVAL

10. The Plaintiffs adopt and reallege paragraphs one (1) through nine (9) as if fully set forth herein, and further allege:

11  At all times material hereto, Defendant, CARNIVAL, owed to Plaintiff, PHILIP HOUSER, a fare-paying passenger on the vessel during the subject cruise, the duty to safely, reasonably and properly maintain and prepare all food and beverages during the subject cruise in accordance with accepted and well known food preparation standards. Defendant was negligent on at least the following acts of omission/commission.

    a. Negligently preparing food and beverage;

    b. Negligently storing food/beverage;

    c. Negligently cleaning/disinfecting food preparation areas;

    d. Negligently training culinary staff to ensure contamination does not occur; and

    e. Other acts of negligence to be determined through discovery.

12. Additionally, at all times material hereto, the Defendant, CARNIVAL, owed to the Plaintiff, PHILIP HOUSER, the duty to give warnings of contamination and/or food-borne disease known to the Defendant, and which were unknown to the Plaintiff and could not be discovered by him through the exercise of due care.

## **CLAIM OF PHILIP HOUSER**

13. The Plaintiff, PHILIP HOUSER, adopts and realleges all prior material paragraphs, and further states:

14. As a direct and proximate result of the above-described negligent acts and/or omissions, the Plaintiff, PHILIP HOUSER, makes the following claims for damages against CARNIVAL:

    a. Permanent bodily injury;

    b. Aggravation of a pre-existing condition;

    c. Pain and suffering;

    d. Permanent disability;

    e. Permanent disfigurement;

    f. Mental anguish;

    g. Loss of earnings;

    h. Loss of earning capacity;

    i. Medical, nursing, and rehabilitative expenses;

    j. Loss of capacity for the enjoyment of life; and

    k. All other damages allowed by law.

15. These losses are either permanent or continuing and Plaintiff, PHILIP HOUSER will suffer the losses in the future.

**WHEREFORE**, the Plaintiff, PHILIP HOUSER, demands judgment against the Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, for the full value of her losses together with costs of suit to the extent allowable by law.

## DEMAND FOR JURY TRIAL

The Plaintiffs hereby demand Trial by Jury of any issue triable of right by a jury.

Signed this 19th day of October, 2020.

Respectfully Submitted,

By: */s/* Jack Paris  _
**JACK PARIS, ESQ.**
Florida Bar No.: 984310

**THE COCHRAN FIRM SOUTH FLORIDA**
*Attorney for Plaintiff*
499 NW 70th Avenue, Suite 116
Plantation, FL 33317
Telephone: (954) 473-0011
Facsimile: (954) 530-1082
jparis@cochranfirm.com
vvina@cochranfirm.com